UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI YE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LI ZHUANG,<br><br>　　　　　Defendant. | Case No. 21-cv-08268-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 26 |

Plaintiff filed a notice of settlement in which she advised the Court that the above captioned matter has conditionally settled. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: February 15, 2022



SALLIE KIM
United States Magistrate Judge